162 So. 926
## John SIMMONS v. STATE.
8 Div. 142.

Court of Appeals of Alabama.
June 25, 1935.

SAMFORD, Judge.
Affirmed.

159 So. 921
## Ed SIMPSON v. STATE.
8 Div. 85.

Court of Appeals of Alabama.
Feb. 19, 1935.

SAMFORD, Judge.
Affirmed.

159 So. 921
## Sherman SIMPSON v. STATE.
8 Div. 89.

Court of Appeals of Alabama.
Feb. 5, 1935.

SAMFORD, Judge.
Appeal dismissed.

160 So. 924
## John SINELTON v. CITY OF HUNTSVILLE.
8 Div. 55.

Court of Appeals of Alabama.
March 26, 1935.

SAMFORD, Judge.
Affirmed.

160 So. 924
## John SINELTON v. CITY OF HUNTSVILLE.
8 Div. 54.

Court of Appeals of Alabama.
March 19, 1935.

BRICKEN, Presiding Judge.
There is no assignment of error in this case.

Affirmed upon authority of Louis Gentle v. City of Huntsville, ante, p. 374, 160 So. 273.
Affirmed.

154 So. 925
## Bill SLOAN v. STATE.
3 Div. 750.

Court of Appeals of Alabama.
May 15, 1934.

SAMFORD, Judge.
Appeal dismissed.